UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Adam Thomas Peterson            Case 17-41167-KHS
                                           Chapter 7

     Debtor

NOTICE OF HEARING AND MOTION
TO WITHDRAW AS ATTORNEY OF RECORD

---

TO: The debtor and to other entities specified in Local Rule 9013-3.

1. Christopher L. Paul moves the Court for the relief requested below and gives notice of hearing.

2. The court will hold a hearing on this motion at 9:30 AM, on August 23, 2017 before Chief Judge Kathleen H. Sanberg, in Courtroom 8W at the U.S. Courthouse located at 300 South Fourth Street, Minneapolis, Minnesota 55415.

3. Any responses to this objection shall be filed and delivered no later than August 15, 2017, which is five (5) days before the hearing (including Saturdays, Sundays and Holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. The court has jurisdiction over this motion pursuant to 28 U.S.C. Sec. 157 and 1334, Fed. R. Bank. P. 5005 and Local Rule 9001 et seq. This proceeding is a core proceeding. The petition commencing this case was filed on 4/21/2017.

5. Christopher L. Paul, attorney for debtor hereby moves the Court for permission to withdraw as attorney of record for debtor pursuant to Local Rule 9010-3(g)(2), and states in support the following: He has developed a conflict of interest and must withdraw pursuant to M.R.P.C. 1.16 (b)(4).

6. Accordingly, Movant requests permission to withdraw.

     Wherefore, Christopher L. Paul moves the court for an order that he be allowed to withdraw as attorney of record, and that the court grant such other relief as may be just and equitable.

August 8, 2017            /e/Christopher L. Paul
Dated                     Christopher L. Paul
                          2605 East Cliff Road
                          Burnsville, MN  55337
                          952-491-0406
                          MN# 0389250

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Adam Thomas Peterson            Case 17-41167-KHS
                                Chapter 7

Debtor

---

MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW

---

Counsel must withdraw pursuant to M.R.P.C. 1.16 (b)(4,5, and 7) and is otherwise constrained from detailing his reasons for withdraw.

LEGAL ARGUMENT

The local rules require an attorney to obtain leave of the court to withdraw as counsel. Local Rule 9010-3(g)(2). Counsel is seeks leave of the court to withdraw as attorney for the debtor pursuant to rule 1.16 of the Minnesota Rules of Professional Conduct. Counsel is not permitted to disclose the reasons for withdrawal with any further specificity.

Where Movant has requested permission to withdraw pursuant to the Minnesota Rules of Professional Conduct, such relief should be granted.

August 8, 2017                   /e/Christopher L. Paul
Dated                            Christopher L. Paul
                                 2605 East Cliff Road
                                 Burnsville, MN 55337
                                 952-491-0406
                                 MN# 0389250

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Adam Thomas Peterson        Case 17-41167-KHS
                              Chapter 7

Debtor

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

At Minneapolis, Minnesota this ____ day of August, 2017

This matter came on for hearing before the undersigned Judge of the above Court on the _____ day of August, 2017 upon Notice of Hearing and Motion of Debtor's Counsel for Leave To Withdraw. Appearances were as noted in the record of the Court.

Upon advice and argument of counsel, and upon all of the records, files and proceedings herein,

**IT IS HEREBY ORDERED**:

1) That the aforesaid motion is granted, and Christopher L. Paul is hereby allowed to withdraw as attorney of record for the debtor in this case.

**BY THE COURT:**

_____
Kathleen H. Sanberg
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Adam Thomas Peterson　　　　　　　　　Case 17-41167-KHS
　　　　　　　　　　　　　　　　　　　　Chapter 7

　　　Debtor

## CERTIFICATE OF SERVICE

I, Christopher L. Paul, certify that on August 8, 2017, I caused the following documents:

1. Notice of hearing and motion to withdraw as attorney of record
2. Memorandum of Law in support of motion to withdraw as attorney of record
3. Proposed order

Upon the following non-ECF participant by mailing a true and correct copy to the following address:

Adam Thomas Peterson
PO Box 103
Melrose, MN  56352


August 8, 2017　　　　　　　　　　/e/Christopher L. Paul
Dated　　　　　　　　　　　　　　Christopher L. Paul
　　　　　　　　　　　　　　　　2605 East Cliff Road
　　　　　　　　　　　　　　　　Burnsville, MN  55337
　　　　　　　　　　　　　　　　952-491-0406
　　　　　　　　　　　　　　　　MN# 0389250